IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID EUGENE LANCASTER,** | 2:06-cv-01008-LKK-GGH |
| Petitioner, | **ORDER GRANTING RESPONDENT'S REQUEST FOR EXTENSION OF TIME** |
| v. | |
| **BOARD OF PRISON TERMS,** | |
| Respondents. | |

GOOD CAUSE HAVING BEEN SHOWN, Respondent is granted a thirty-day extension of time to, and including, August 23, 2006, within which to file his response to the petition.

DATED: 8/2/06

/s/ Gregory G. Hollows
_____
THE HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge

lan1008.eot.wpd
SA2006302156