1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVID EUGENE LANCASTER,

11            Petitioner,              No. CIV S-06-1008 LKK GGH P

12      vs.

13   WARDEN KANE, et al.,

14            Respondent.             ORDER

15   _____/

16            In light of the Ninth Circuit's recent decision in <u>Hayward v. Marshall</u>, ___ F.3d

17   ___, 2008 WL 43716 (9th Cir. Jan. 3, 2008), IT IS HEREBY ORDERED that the November 20,

18   2007, findings and recommendations are withdrawn.

19   DATED:  01/14/08

20                                    /s/ Gregory G. Hollows
                                     _____

21                                    UNITED STATES MAGISTRATE JUDGE

22   lan1008.vac

23

24

25

26

                                     1